**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Brittany S. Scott (State Bar No. 327132)
Luke W. Sironski-White (State Bar No. 348441)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
       bscott@bursor.com
       lsironski@bursor.com

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn (admitted *pro hac vice*)
1330 Avenue of the Americas
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jarisohn@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMATRA KENDRICK, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>   v.<br><br>BISSELL INC.,<br><br>         Defendant. | Case No.  3:23-cv-01016-AMO<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF SUMATRA KENDRICK; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date:   January 4, 2024<br>Time:  2:00 p.m.<br>Judge:  Hon. Araceli Martínez-Olguín<br>Courtroom:  10 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on January 4, 2024 at 2:00 p.m., or as soon thereafter as may be heard in Courtroom 10 before the Honorable Judge Araceli Martínez-Olguín, located at the Phillip Burton Federal Building & United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, Bursor & Fisher, P.A. will and hereby does move the Court to withdraw as counsel of record for Plaintiff Sumatra Kendrick.

This Motion is made pursuant to Local Rule 11-5 and the California Rules of Professional Conduct 1.16(a)(4). This Motion is based upon this Notice of Motion, the following Memorandum of Points and Authorities, and the Declaration of Joshua D. Arisohn filed herewith.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.     INTRODUCTION

Bursor & Fisher, P.A. ("Counsel"), counsel of record for Plaintiff Sumatra Kendrick ("Ms. Kendrick"), respectfully requests leave to withdraw as counsel for Ms. Kendrick pursuant to California Rules of Professional Conduct 1.16(a)(4) and Local Rule 11-5.

### II.    STATEMENT OF FACTS

Ms. Kendrick has been represented by Bursor & Fisher, P.A. in this matter. Declaration of Joshua D. Arisohn ¶ 1. On October 17, 2023, Ms. Kendrick terminated Bursor & Fisher, P.A. as her counsel. *Id.* ¶ 2. To counsel's knowledge, Ms. Kendrick has not retained new counsel. *Id.* ¶ 2. Per Local Rule 11-5(b), Bursor & Fisher, P.A. will forward all orders and notices to Ms. Kendrick until she is represented by new counsel.

### III.   ARGUMENT

Under California Rule of Professional Conduct 1.16(a)(4), "a lawyer shall withdraw from representation of a client if: … the client discharges the lawyer." An attorney may withdraw from a case after obtaining an order from the Court after written notice has been given in advance to the client and all other parties appearing in the case. Civ. L.R. 11-5(a).

"The decision to grant or deny counsel's motion to withdraw is committed to the discretion of the trial court." *Kannan v. Apple Inc.*, 2020 WL 75942, at *1 (N.D. Cal. Jan. 7, 2020) (citation omitted); *Marcus v. ABC Signature Studios, Inc.*, 2017 WL 5635020, at *1 (C.D. Cal. June 7,

2017) (citing *United States v. Carter*, 560 F.3d 1107, 1113 (9th Cir. 2009)). "A client has an absolute right to discharge an attorney at any time, with or without cause." *Oracle America, Inc. v. Service Key, LLC*, 2013 WL 1195620, at *2 (N.D. Cal. March 22, 2013) (citing *Francasse v. Brent*, 6 Cal. 3d 784, 790 (1972)).

Bursor & Fisher, P.A. respectfully requests that the Court grant this motion as Ms. Kendrick discharged the firm as her counsel in this matter on October 17, 2023. *See* Arisohn Decl. ¶ 2. However, because this motion is not accompanied by a substitution of counsel, Bursor & Fisher, P.A. agrees to continue to serve Ms. Kendrick with all papers in this matter until she retains new counsel. *Id.* ¶ 3.

## IV. CONCLUSION

Bursor & Fisher, P.A. respectfully requests that the Court enter an order permitting the firm to withdraw as counsel for Ms. Kendrick.

Dated:  October 18, 2023            **BURSOR & FISHER, P.A.**

By:   */s/ Joshua D. Arisohn*

Joshua D. Arisohn (admitted *pro hac vice*)
1330 Avenue of the Americas
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jarisohn@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Brittany S. Scott (State Bar No. 327132)
Luke W. Sironski-White (State Bar No.  348441)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
             bscott@bursor.com
             lsironski@bursor.com

*Attorneys for Plaintiff Kendrick*