UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMATRA KENDRICK,<br><br>            Plaintiff,<br><br>    v.<br><br>BISSELL, INC.,<br><br>            Defendant. | Case No.  23-cv-01016-AMO<br><br>**ORDER**<br><br>Re: Dkt. Nos. 26, 27, 28 |

The Court has set a case management conference for Monday, November 27, 2023, at 11:00 a.m., via Zoom.  Information regarding Zoom access is available on the Court's webpage (https://www.cand.uscourts.gov/judges/martinez-olguin-araceli-amo/).

The Court hereby ORDERS Plaintiff Sumatra Kendrick to personally appear on Zoom for the conference.  If Ms. Kendrick fails to appear, the Court will consider imposing a monetary penalty or other appropriate sanctions.

The Court hereby ORDERS Bursor & Fisher, P.A., to serve a copy of this order on Ms. Kendrick.

**IT IS SO ORDERED.**

Dated: November 21, 2023

_____
**ARACELI MARTÍNEZ-OLGUÍN
United States District Judge**