UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUMATRA KENDRICK,

Plaintiff,

v.

BISSELL, INC.,

Defendant.

Case No.23-cv-01016-AMO

**ORDER OF DISMISSAL**

The Court held a conference in this matter on November 27, 2023.  ECF 32.  Plaintiff Sumatra Kendrick appeared on her own behalf and represented to the Court her desire to dismiss all her claims against Bissell, Inc.  The Court hereby DISMISSES Kendrick's claims under Federal Rule of Civil Procedure 41(a)(2).  Kendrick's claims are dismissed with prejudice as stated on the record.  The Court ORDERS Bursor & Fisher, P.A., to serve a copy of this order on Ms. Kendrick.  The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: December 8, 2023

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**