UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMATRA KENDRICK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BISSELL, INC.,<br><br>　　　　Defendant. | Case No.23-cv-01016-AMO<br><br>**JUDGMENT** |

On December 8, 2023, the Court dismissed Plaintiff's claims with prejudice.  Having dismissed the claims without leave to amend,

it is Ordered and Adjudged

that Plaintiff take nothing, and that the action is dismissed.

**IT IS SO ORDERED.**

Dated: December 8, 2023

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28